IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN SCOTT WOMACK,
ADC #91249                                                                                                    PLAINTIFF

v.                                            5:09CV00085HLJ

LARRY NORRIS, et al.                                                                                      DEFENDANTS

## ORDER

On June 1, 2010, defendants filed their answer (DE #16) to plaintiff's amended complaint (DE #8), asserting several affirmative defenses. This matter is ready to be scheduled for trial. If defendants intend to rely on the defenses mentioned in their answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 4th day of March, 2010.

_____
United States Magistrate Judge