IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF  DIVISION

JOHN SCOTT WOMACK,
ADC #91249                                                                                      PLAINTIFF

v.                                                    5:09CV00085HLJ

LARRY NORRIS,  et al.                                                                       DEFENDANTS

<u>ORDER</u>

On June 1, 2010, defendants filed their answer (DE #16) to plaintiff's amended complaint (DE

#8), asserting several affirmative defenses.  This matter is ready to be scheduled for trial.   If defendants

intend to rely on the defenses mentioned in their answer, they must file a dispositive motion within thirty

(30) days of the date of this Order.

IT IS SO ORDERED this 4th day of March,  2010.

_____
Henry L. Jones, Jr.
United States Magistrate Judge