IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN SCOTT WOMACK                                                          PLAINTIFF

v.                                          5:09CV00085JLH-JTK

LARRY NORRIS, et al.                                                       DEFENDANTS


ORDER

      This matter is before the Court on the defendants' motion for summary judgment (Doc. No. 25).

As of this date, plaintiff has not filed a response to the motion.  Accordingly,

      IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion  for

summary judgment within ten (10) days of the date of this Order.  Failure to respond to this Court's

Order shall result in the dismissal without prejudice of the plaintiff's complaint.  See Local Rule

5.5(c)(2).

      IT IS SO ORDERED this 23rd day of April,  2010.

_____
United States Magistrate Judge