IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN SCOTT WOMACK                                                              PLAINTIFF

v.                           Case No. 5-09-cv-00085-DPM

LARRY NORRIS, Director, Arkansas
Department of Correction; JAMES
GIBSON, Hearing Administrator,
Arkansas Department of Correction;
JAMES BANKS, Warden, Tucker Unit,
Arkansas Department of Correction; and
JOHN BLANKENSHIP, Disciplinary
Judge, Arkansas Department of Correction                           DEFENDANTS

ORDER

The Court has carefully reviewed the proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. Despite a court order directing Womack to respond to the Defendants' summary judgment motion, Womack never responded. Likewise, he has not filed any objections to Judge Kearney's proposed findings and recommendations. The Court adopts Judge Kearney's proposed findings and recommendations in their entirety. The Defendants' summary judgment motion, *Document No. 25*, is granted.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

*16 July 2010*